[No. 39606-8-II. Division Two. December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GUMATAOTAO PALOMO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04795-6, James R. Orlando, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 39621-1-II. Division Two. December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY LYN FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03395-1, Frank E. Cuthbertson, J., entered July 31, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 39915-6-II. Division Two. December 14, 2010.]

CHRISTOPHER DAVIS, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-02508-9, Richard D. Hicks, J., entered September 29, 2009. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40148-7-II. Division Two. December 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03625-1, Linda CJ Lee, J., entered December 22, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.